```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )         4:05CR3059
      v.                       )
                               )
RENE ALVARADO,                 )
                               )              ORDER
              Defendant.       )
                               )
```

IT IS ORDERED:

A hearing on defendant's motion for reconsideration of conditions of release is set for Wednesday, June 8, 2005 at 2:00 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 3rd day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge