IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )            4:05CR3059
        v.                           )
                                     )
RENE ALVARADO,                       )
                                     )               ORDER
                Defendant.           )
                                     )

 

        Defendant was present in court with counsel on this date on defendant's motion for reconsideration of conditions of release.

        After a hearing in open court,

        IT IS ORDERED that the motion, filing 10, is granted and paragraphs 7(b) and 7(c) are deleted from the Order Setting Conditions of Release (filing 9).

        DATED this 8th day of June, 2005.

                            BY THE COURT:

                            s/ *David L. Piester*
                            David L. Piester
                            United States Magistrate Judge