IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3059 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| RENE ALVARDO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Magistrate Judge's recommendation that Defendant's motion to suppress be denied. No objections to the recommendation have been filed as allowed by 28 U.S.C. § 636(b)(1)(C) and NELR 72.4.

I have conducted, pursuant to 28 U.S.C. § 636(b)(1) and NELR 72.4, a de novo review of the recommendation. Inasmuch as Judge Piester has fully, carefully, and correctly applied the law to the facts, I find that the recommendation should be adopted and the Defendant's motion to suppress (filing 18) should be denied.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 24), as read into the transcript of the hearing on the motion to suppress (filing 25 at 138-43), is adopted; and

2. Defendant's motion to suppress (filing 18) is denied.

August 24, 2005.                          BY THE COURT:

                                          *s/Richard G. Kopf*
                                          United States District Judge