```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) <br>                                 ) <br>            Plaintiff,           ) <br>                                 ) <br>      v.                         ) <br>                                 ) <br> RENE ALVARADO,                  ) <br>                                 ) <br>            Defendant.           ) <br>                                 ) | Docket No. 4:05CR3059 <br><br> ORDER |

   IT IS ORDERED:

   1.  Defendant's motion to continue, filing 29, is granted and the change of plea hearing is continued from today to October 28, 2005 at 2:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

   2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

   DATED: October 3, 2005.

                                       BY THE COURT:

                                       s/ *David L. Piester*
                                       David L. Piester
                                       United States Magistrate Judge